United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, No. G35669,<br>Plaintiff,<br>v.<br>J. RUIZ,<br>Defendant(s). | Case No. 26-cv-04356-CRB (PR)<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br>(ECF No. 6) |

Plaintiff's motion for an extension of time (ECF No. 6) is GRANTED. Plaintiff may show cause why 28 U.S.C. § 1915(g) does not bar pauper status for plaintiff in connection with this action by no later than August 7, 2026. Failure to show cause, or pay the requisite $ 405.00 filing fee, within the designated time will result in the dismissal of this action without prejudice to bringing it in a new paid complaint. No further extension of time will be granted.

**IT IS SO ORDERED**.

Dated: July 16, 2026

CHARLES R. BREYER
United States District Judge